## AFFIDAVIT

I, Bill D. Reynolds, do hereby swear and affirm that the identity of the persons and/or entities responsible for reading the EKG ordered by Dr. Keyashian on October 14, 2003 at 0945 which was ultimately completed at 1019 and the identity of the persons and/or entities responsible for communicating the results of the EKG to Dr. Keyashian are unknown. A review of the medical records and investigation thereof does not allow for the identification of the persons and/or entities to be identified if they are other than St. Edward Mercy Medical Center.

_____
Bill D. Reynolds

STATE OF ARKANSAS    )
                     ) ss.
COUNTY OF CRAWFORD   )

Subscribed and sworn to before me, the undersigned Notary Public, within and for the County and State aforesaid on this 7th day of October, 2005.

_____
Notary Public

My Commission Expires: June 10, 2011

EXHIBIT A