IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEANETTE TUBBS, Individually and
as Administratrix of the Estate of
Juanita Velma Lee, deceased, and on
behalf of all Wrongful Death
Beneficiaries                                                    PLAINTIFF

        v.        Civil No. 05-2143

ST. EDWARD MERCY MEDICAL CENTER;
COOPER CLINIC, P.A.; MOHSEN KEYASHIAN,
M.D.; and JOHN DOES 1-5                                          DEFENDANTS

### O R D E R

Now on this 19th day of April, 2006, comes on for consideration the **Joint Motion To Dismiss Without Prejudice** (document #15) of plaintiff and separate defendant St. Edward Mercy Medical Center, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and plaintiff's claims against separate defendant St. Edward Mercy Medical Center are hereby **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE